UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>LANIE STOVALL,<br><br>      Defendant. | Case No.: 3:03-cr-00228-LRH-RAM<br><br>**CLARIFICATION ORDER** |

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case on June 4, 2004 (ECF 20). Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

**Name of Payee:**     SIERRA DEVELOPMENT GROUP dba CLUB CAL-NEVA
**Restitution Amount:** $25,000.00

**Name of Payee:**     CHUBB GROUP OF INSURANCE
**Restitution Amount:** $123,500.00

**To**tal Amount of Restitution ordered:  **$148,500.00.**

DATED this 24th day of July, 2025.

_____
ANDREW P. GORDON
UNITED STATES CHIEF DISTRICT JUDGE